*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA** **Date: September 3, 2026**

**vs.** **Case No.: 26-mj-2084DPR**

**THOMAS CHRISTOPHER ROSS**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing: Initial Appearance – Complaint**

**Time Commenced: 9:29 a.m.** **Time Terminated: 9:33 a.m.**

---

**APPEARANCES**

**Plaintiff: Jess Eatmon, AUSA**
**Defendant: Jeff Wood, FPD**
**USPPTS: Carrie Green**

---

**Proceedings: Parties appear as indicated above. Defendant appears in person.**

**Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order. Government moves for pretrial detention and requests a three-day continuance. Rule 5f Order entered.**

**Preliminary Hearing and Detention Hearing set for 9/9/2026 at 9:15 a.m.**

**Defendant in custody.**

---

**Courtroom Deputy/ERO: Karla Berziel**